**Bo LIN, Petitioner–Appellant,**

v.

**John ASHCROFT, Attorney General, Respondent–Appellee.**

No. 02–6528.

United States Court of Appeals, Fourth Circuit.

Submitted June 13, 2002.

Decided June 19, 2002.

Bo Lin, Appellant Pro Se. Allen F. Loucks, Office of the United States Attorney, Baltimore, Maryland, for Appellee.

Before WIDENER, LUTTIG, and WILLIAMS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Bo Lin appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition. We have reviewed the

record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Lin v. Ashcroft,* No. CA–02–37–L (D.Md. Mar. 12, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*